MAY et al., Respondents, v. ROCK, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by Nathan May and others against Mathew Rock. No opinion. Judgment of the municipal court affirmed, with costs.

MERRITT et al., Respondents, v. MERRITT, Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Helen S. Merritt and another against John Merritt, as executor. D. Wilmot, for appellant. D. McCurdy, for respondents. No opinion. Judgment (66 N. Y. Supp. 123) affirmed, with costs, on the opinion of the court below.

MEYER et al., Respondents, v. ROWLEY et al., Appellants. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Gerson Meyer and others against Thomas Rowley and another. A. E. Eustace, for appellants. B. Tuska, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

LAUGHLIN, J., dissents.

MIKLES, Appellant, v. HAWKINS, Respondent. (Supreme Court, Appellate Division, Second Deaprtment. June 20, 1901.) Action by James Mikles against Moses Hawkins. No opinion. Motion for reargument denied. See 69 N. Y. Supp. 557.

MILDENBERG, Appellant, v. JAMES et al., Respondents. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Samuel H. Mildenberg against Darwin R. James and others. E. H. Benn, for appellant. A. H. Baldwin, for respondents. No opinion. Judgment (66 N. Y. Supp. 77) affirmed, with costs.

In re MILLER. (Supreme Court, Appellate Division, First Department. June 14, 1901.) In the matter of Joseph Miller, deceased. No opinion. Upon payment of $50, default opened and motion to dismiss denied; otherwise, motion granted.

MOLLENHAUER, Respondent, v. MOLLENHAUER, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by John William Mollenhauer against Julia M. Mollenhauer. No opinion. Order affirmed, with $10 costs and disbursements.

MONTGOMERY, Appellant, v. BLOOMINGDALE et al., Respondents. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Jennie M. Montgomery against Lyman G. Bloomingdale and others. J. J. O'Connell, for appellant. R. Thorne, for respondents. No opinion. Judgment affirmed, with costs, on authority of Montgomery v. Bloomingdale, 34 App. Div. 375, 54 N. Y. Supp. 329.

HATCH, J., dissents.

MORRIS v. NEW YORK EL. R. CO. McGOVERN v. SAME. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Actions by Arthur R. Morris and by George McGovern against the New York Elevated Railroad Company. No opinion. If the plaintiffs are not willing to accept the modifications in these cases (69 N. Y. Supp. 1139, 1140), orders for reversal and new trial will be entered.

MORRIS, Respondent, v. SCHMITT, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by Andrew Morris against Elizabeth Schmitt. No opinion. Judgment affirmed, with costs.

MORRISON v. MANHATTAN RY. CO. et al. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Edward A. Morrison against the Manhattan Railway Company and others. No opinion. Motion denied, with $10 costs.

MORRISON v. METROPOLITAN EL. R. CO. (Supreme Court, Appellate Division, First Department. May 24, 1901.) Action by Edward A. Morrison against the Metropolitan Elevated Railroad Company. No opinion. See memorandum for counsel.

MULL, Respondent, v. INGALLS et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) Action by Jennie Mull against Charles C. Ingalls and A. S. McClintock. No opinion. Judgment (62 N. Y. Supp. 830) affirmed, with costs.

MURDOCH et al., Appellants, v. DANSON, Respondent. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by John Murdoch and another against Edward S. Danson, Jr. N. Zabriskie, for appellants. W. Eidman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MURPHY v. SYRACUSE RAPID TRANSIT R. CO. (Supreme Court, Appellate Division, Fourth Department. June 19, 1901.) Action by Mary E. Murphy against the Syracuse Rapid Transit Railroad Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the court of appeals denied.

MURPHY, Appellant, v. WALSH et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by Margaret M. Murphy against Elizabeth Walsh and others. No opinion. Order affirmed, with $10 costs and disbursements.